### JONES v. MANNING.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Motion for reargument denied. For former report, see 6 N. Y. Supp. 338.

---

### KNAPP v. PREFERRED MUT. ACC. ASS'N OF NEW YORK.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Motion for reargument denied; for leave to appeal to the court of appeals granted. For former report, see 6 N. Y. Supp. 57.

---

### LEDDICK v. O'LEARY.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Motion granted, without costs to either party.

---

### McGUIRE v. COBB.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Judgment affirmed, with costs.

---

### MELVIN v. CORNFORD.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Order for new trial affirmed, with costs.

---

### PYNE v. BRICKLAYERS', ETC., UNION.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

Argued before BARKER, P. J., and DWIGHT, J.

No opinion. Order affirmed on authority of *Pettibone* v. *Drakeford*, 1 How. Pr. (N. S.) 141, and *Marks* v. *King*, 66 How. Pr. 453.

---

### RICHARDSON v. STEVENS.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. For former report, see 6 N. Y. Supp. 361.

---

### SAILES v. SEELEY.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Order affirmed, with $10 costs and disbursements.

---

### SANFORD v. VAN AARSDALL.

*(Supreme Court, General Term, Fifth Department. October 19, 1889.)*

No opinion. Motion for reargument denied; for leave to appeal to court of appeals granted. For former report, see 6 N. Y. Supp. 494.